(TW) GDB/LBG: USAO 2019R00718

FILED _____ ENTERED
_____ LOGGED _____ RECEIVED

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

NOV 16 2020

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **FILED UNDER SEAL** |
| | * | |
| **DAVID ANNOR and** | * | **CASE NO.**  20-mj-2683-CBD |
| | * | |
| **LESLEY ANNOR,** | * | **CASE NO.**  20-mj-2684-CBD |
| | * | |
| **Defendants** | * | |
| | * | |

*******

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANTS

I, Jamie M. Vera, Special Agent of the Federal Bureau of Investigation ("FBI"), being duly

sworn, state:

### Introduction

1.      I make this affidavit in support of a criminal complaint and arrest warrants.

2.      Based on the following facts, there is probable cause to believe that between January

2017 and October 2020, in the District of Maryland and elsewhere, **DAVID ANNOR** ("**DAVID**")

and **LESLEY ANNOR** ("**LESLEY**") conspired to launder proceeds of a specific unlawful activity,

in violation of 18 U.S.C. § 1956(h).

3.      The facts in this affidavit come from my personal observations, my training and

experience, and information obtained from other agents and witnesses. This affidavit is intended to

show that there is sufficient probable cause for the requested warrants and does not set forth all of

my knowledge about this matter.

**Agent Background**

4.      I have been a Special Agent with the FBI since September 2015. I have received basic law enforcement training at the FBI Academy in Quantico, Virginia. I am currently assigned to the FBI's Washington Field Office, where I am responsible for conducting and assisting with securities fraud and investment fraud investigations, including related white collar and financial crimes. I have participated in investigations involving mail fraud, wire fraud, securities fraud, bank fraud, and conspiracy. I have also received additional training in the area of white-collar crimes. Prior to my employment with the FBI, I worked for approximately four years in accounting and finance. I am a Certified Public Accountant and a Certified Fraud Examiner.

**Probable Cause**

***Introduction***

5.      The targets of this investigation—including **DAVID**, **LESLEY**, **Co-Conspirator A**, and their co-conspirators (collectively "**Target Subjects**")—are involved in a romance fraud scheme in which the scheme participants induce their victims, often people who are elderly and isolated, to send money to other co-conspirators based on romantic assertions and other misrepresentations, including promises to travel to the United States to unite with the victims.

6.      The **Target Subjects** who receive and launder the payments from the victims are primarily located in the United States and Ghana.

7.      The co-conspirators find their victims online, typically through Facebook or dating websites (including Match.com, among others), and communicate with the victims using email, cell phones, and applications (including Google Hangouts).[1]

---

[1] Google Hangouts is an instant message chat feature offered through Google.

8.     **DAVID** and **LESLEY** are brothers residing in a particular apartment unit in Gaithersburg, Maryland ("the Gaithersburg residence"). **Co-Conspirator A** resides in Germantown, Maryland ("the Germantown residence"). **DAVID** and **LESLEY** have also received mail at the Germantown residence.

9.     As described in this affidavit, since April 2017, the **Target Subjects** have received and laundered over $5 million dollars from approximately 200 romance fraud victims throughout the United States and overseas. The known victims' ages range from 38 to 83 years old.[2]

### *Ravid Enterprise LLC*

10.     On May 24, 2017, **DAVID** registered a business entity in the State of Maryland called **Ravid Enterprise LLC** ("**Ravid Enterprise**"), a shell company through which **DAVID** and his co-conspirators have laundered proceeds of the romance scheme.

11.     According to the State of Maryland's Business Express website, **DAVID** is listed as the registered agent for **Ravid Enterprise**. The articles of organization for **Ravid Enterprise** list **DAVID** as the authorized person and resident agent of the company, and the Gaithersburg residence as the registered address for the company.

12.     According to the articles of organization, the stated purpose of **Ravid Enterprise** is "a car sale business where buyers come in to get cars which are from the auction." Notably, the listed address for **Ravid Enterprise**—the Gaithersburg residence—is an apartment unit.

13.     Further, from physical surveillance your affiant and other law enforcement officers have conducted between July 2019 and September 2020, your affiant has discerned no indication that the Gaithersburg residence functions as a location where "buyers come in to get cars." To the

---

[2] All dates and amounts are approximations. The words "on or about" and "approximately" are omitted for clarity. Bank accounts are referred to by the name of the financial institution and the last four digits of the account number.

contrary, the Gaithersburg residence is a controlled-access apartment complex that does not serve as an apparent business location, particularly one relating to the commerce of large items, such as vehicles.

14.     On October 11, 2019, **Ravid Enterprise** was forfeited to the State of Maryland. According to the State of Maryland's website, if a business is "forfeited," that business has relinquished its right to conduct business in the State of Maryland. For domestic corporations, this also means that the business does not exist under the laws of the State of Maryland. The filing history listed on the State of Maryland's website for **Ravid Enterprise** states that "the entity was forfeited for failure to file property return [sic] for 2018."

15.     Bank records show that between at least May 2017 and September 2020, **DAVID** and **LESLEY** opened or maintained bank accounts for the purpose of receiving payments from victims at 10 different financial institutions, including accounts opened in the name of **Ravid Enterprise**.

16.     For example, records from Wells Fargo list **DAVID** as the account holder for several bank accounts—including Wells Fargo 8916 and Wells Fargo 0055—that were opened in May 2017 using the business name of **Ravid Enterprise**.  Records from PNC Bank list **DAVID** as the account holder for an account, PNC 9109, that was opened in June 2017 using the business name of **Ravid Enterprise**.  Records from TD Bank list **DAVID** as the account holder for two additional bank accounts—TD Bank 1021 and TD Bank 1357—that were respectively opened in December 2017 and February 2018 using the business name of **Ravid Enterprise**.  The signature cards for each account in this paragraph lists the Gaithersburg residence as the account address.

17.     Your affiant knows that the act of opening numerous, redundant accounts at different financial institutions is indicative of fraud and money laundering, particularly when those accounts are used to receive the proceeds of fraud.

4

*Company 1*

18.     On May 12, 2016, **Co-Conspirator A** registered a business entity in the State of Ohio, identified in this affidavit as **Company 1**, through which **Co-Conspirator A** and his co-conspirators have laundered proceeds of the romance scheme.

19.     According to the articles of organization for **Company 1**, obtained from the State of Ohio Secretary of State's website, **Co-Conspirator A** is listed as the registered agent for **Company 1**. The stated purpose of **Company 1** is to "buy salvage cars and repair and sell car parts." As of September 23, 2020, **Company 1** is listed as an active entity with the State of Ohio.

20.     Records from Bank of America ("BOA") and TD Bank list **Co-Conspirator A** as the account holder for several bank accounts—including BOA 9436, BOA 9449, TD Bank 3410, and TD Bank 3428—that were opened between April 2017 and December 2017 using the business name of **Company 1**.

21.     Bank records show that between at least January 2017 and August 2020, **Co-Conspirator A** opened or maintained bank accounts for the purpose of receiving victim payments at six different financial institutions, including accounts opened in the name of **Company 1**.

*Victim 1*

22.     **DAVID**, **LESLEY**, **Co-Conspirator A**, and their co-conspirators, who identify themselves as **Bruce McGee James** ("**James**"), **Paul Wilson Steven** ("**Dr. Paul**"), and **David Benson** ("**Benson**"),[3] defrauded a woman who was born in 1965 and resides in Texas ("Victim 1").

---

[3] Other than the **Target Subjects**, the names in this affidavit are used by co-conspirators and are likely aliases.

23.     On January 9, 2018, agents interviewed Victim 1, who provided the following information.[4]

24.     Victim 1 stated that around September 2016, Victim 1 met **James** through Facebook. Among other methods of communication, Victim 1 spoke with **James** using Google Hangouts and email. **James** used Email Account 1, which was also the email address associated with **James**'s Google Hangouts account.

25.     According to Victim 1, **James** told Victim 1 that he was a military service member deployed overseas in Afghanistan, but he was set to retire and return home to the United States. Using Google Hangouts, **James** told Victim 1 that he needed help getting a box of his personal belongings from overseas into the United States. **James** told Victim 1 that he had a box of valuable items that a security company in Accra, Ghana, was holding, and that the box contained money, gold, and a necklace that **James**'s mother gave to him before she died. Using Google Hangouts, **James** told Victim 1 that Victim 1 needed to contact the security company at Email Account 2 and say that she was **James**'s wife in order to help him get the box shipped.

26.     On November 23, 2016, Victim 1 sent an email to Email Account 2 as **James** instructed.

27.     On November 25, 2016, Victim 1 received a reply email, which stated the following, in part:[5]

> You will have to pay the sum of $ 5,000 (FIVE THOUSAND UNITED STATES DOLLARS) to allow us get the valuables delivered to you through our diplomatic express delivery.This charges includes insurance to ensure its complete safety and its also going to be delivered to you personally with the help of a diplomat.You have to make the payment and send us a copy of the receipt of payment before we proceed.

---

[4] The evidence described in this affidavit regarding particular victims was obtained through a combination of interviews, records, and other investigative sources.

[5] All grammatical, spelling, and formatting errors were left in their original format.

We will send you the details to which you send the money to upon your agreement
to pay the delivery fee.

28.     Victim 1 then received another email from Email Account 2 with wiring instructions

to send the money to an individual in Ghana.

29.     The communications between Victim 1 and **James** continued into the next year

(2017), and **James** continued to tell Victim 1 that he was going to fly to the United States to be with

her, though **James** never did so.

30.     In September 2017, Victim 1 was told that **James** had supposedly been in a car

accident with his son. On September 23, 2017, Victim 1 received an email from an individual

purporting to be **Dr**. **Paul** (using Email Account 3) that stated the following:

Hello Mrs Bruce,

I am dr Paul,

Bruce had a fractured femur and other bruises on some parts of his body on his way
to the airport, they ran into a truck, they are being treated, but Bruce needs to
undergo a femur surgery for both legs which will cost him 5000 pounds.
Surgery will begin immediately payment is made

31.     Victim 1 communicated with **Dr**. **Paul**, who used Email Account 3. On September

24, 2017, **Dr**. **Paul** instructed Victim 1 to send money to **DAVID** to purportedly pay for the surgery.

The email directed Victim 1 to wire money to **DAVID** at SunTrust 4114, and in part stated the

following:

I will like to let you know this is an emergency case and it require's an urgent
attention
you are required to send the money immediately
The surgery is expected to last a period of 6 hours
He should be in good shape in less than 2 weeks
this is the information to send the money to
SunTrust Bank
Acc:1000197644114
Routing :055002707
Iban:061000104

7

**DAVID ANNOR**
16000 Shady Grove Rd, Gaithersburg, MD 20877, USA

32.     Victim 1 recalled sending money for this request, but could not recall exactly where she sent the money.

33.     Bank records associated with SunTrust 4114 do not show a deposit from Victim 1 around this date. However, SunTrust records show that on September 29, 2017, just five days after this email, Victim 1 wired $5,000 to SunTrust 4312, an account in the name of **Ravid Enterprise** in Gaithersburg, Maryland.

34.     In late October 2017, **James** once again told Victim 1, through Google Hangouts, that he would be traveling to the United States to be with her.

35.     On October 28, 2017, through Google Hangouts, **James** told Victim 1 "I need to make payments to be released immediately." Shortly after sending that message, through Google Hangouts, **James** provided Victim 1 with **DAVID**'s banking information, which **James** described as SunTrust 4114 at the Gaithersburg residence.

36.     Records for SunTrust 4114 (**DAVID**'s account at the Gaithersburg residence) show that on October 30, 2017, the account received a wire of $2,470 from Victim 1.

37.     According to Victim 1, **James** did not travel to see Victim 1 after Victim 1 wired the $2,470, and instead told Victim 1 that the hospital needed more money to release him. **James** requested another $1,000 from Victim 1. Using Google Hangouts, **James** told Victim 1 to send money to **LESLEY** in Gaithersburg, Maryland, stating, "Baby you can use western union . . . Can you go send it right now babe? . . . Name: **LESLEY ANNOR** Address; Gaithersburg Maryland USA." Victim 1 provided law enforcement with a receipt for her transaction showing that on November 4, 2017, she sent $1,000 through Western Union to **LESLEY** in Gaithersburg, Maryland.

38.     According to Victim 1, **James** did not travel to see Victim 1 after Victim 1 sent the additional $1,000, and between December 2, 2017 and December 4, 2017, using Google Hangouts, Victim 1 and **James** discussed **James** needing more money.

39.     On December 3, 2017, **James** told Victim 1 to send additional money to **Co-conspirator A** and provided wire information for SunTrust 6312.

40.     On December 4, 2017, Victim 1 messaged **James** and said "I am at the bank in the lobby waiting to wire the check . . . my stomach is a mess right now and my head is light." Victim 1 provided law enforcement with a wire confirmation showing that on December 4, 2017, she wired $4,300 to **Co-Conspirator A** at SunTrust 6312.

41.     Victim 1 recounted to law enforcement that she never met **James** in person, and that **James** never repaid Victim 1.

42.     Victim 1 stated that she suffered a loss of approximately $100,000 to **DAVID**, **LESLEY**, **Co-conspirator A**, and **Ravid Enterprise**, as well as other co-conspirators involved in this scheme.

### *Victim 2*

43.     **DAVID** and his co-conspirators, including **Brett Fernley** ("**Fernley**"), defrauded a woman who was born in 1957 and resides in Virginia ("Victim 2").

44.     On July 12, 2019, agents interviewed Victim 2, who provided the following information.

45.     Victim 2 stated that around September 2018, Victim 2 met **Fernley** online through Facebook. Shortly thereafter, **Fernley** asked Victim 2 to switch their communications to Google Hangouts.

46.     According to Victim 2, **Fernley** told Victim 2 that he was an underwater welder from Canada, who resided in Florida but who was currently working near Ireland. After engaging

in what Victim 2 thought were romantic conversations and gaining Victim 2's trust, **Fernley**
began asking Victim 2 for money.

47.     For example, on September 19, 2018, **Fernley** told Victim 2 through Google
Hangouts, "just a little bit troubled with the weather and how badly it has affected the equipments
I'm using . . . the cable installing equipments and the 2 drilling equipments got damaged."
**Fernley** then told Victim 2 on Google Hangouts that he was short $9,600 for the equipment and
proceeded to email Victim 2 wiring information from his email account (Email Account 4). On
September 22, 2018, Victim 2 sent the $9,600 wire.

48.     On December 6, 2018, **Fernley** sent Victim 2 an email with the subject "READ
CAREFULLY" from Email Account 4. The email stated in part:

> The task that was cleared 2 weeks ago is not satisfactory according to his judgement
> and he is not giving me the opportunity to do the peaceful transition to the incoming
> engineer. He wants a commission out of the contract and i'm not ready to do that
> as well. I have said i will go to court if a proper measure is not taken. I have
> discussed with this new engineer and contractor who is currently in London. He
> would do the job but he is not wiling to pay any dime until the job is done. That is
> a deal breaker for me. My love i signed out a memorandum of understanding stating
> that 49% of the current contract comes to me instead of the normal 55%. But that
> would be done immediately once i can buyout the contract. The other engineer
> messed up and backed out. I am sure the engineer was driven by the HRM. [Victim
> 2] look down on my promises and stay focus. I want the 49% of my funds
> transferred to your account the same day i pay for the contract clause. But how to
> get the money to clear out the contract clause is my major worry now. after all the
> calculations, I am going to pay $34,835 to seal everything off. With this done, my
> 49% will be transferred immediately to your account. And I can also clear out my
> funds at the airport as well. I know this comes as a shock to you but i plead with
> you to be strong now than ever for me. PS: You are not losing anything because
> you get the wired transfer made that same day we get the funds cleared.

49.     On December 15, 2018, using the same email address, **Fernley** sent Victim 2 an email
with the subject "The account details," which contained wiring information for **Ravid Enterprise** at
TD Bank 1357, an account **DAVID** opened with the Gaithersburg residence listed as the account
address:

Bank name : TD Bank
Bank Address:15830 Shady Grove Rd, Gaithersburg, MD 20877
Account Name: **Ravid Enterprise**
Account Number: 4351301357
Account Routing Number : 054001725
Swift code :NRTHUS33XXX
Wire Routing Number: 031101266

50.     Bank records show that on December 17, 2018, Victim 2 wired $24,835 to TD Bank

1357 (described in the foregoing email) in the name of **Ravid Enterprise**.

51.     Bank records show that on December 31, 2018, Victim 2 wired another $20,000 to

TD Bank 1357.

52.     As of February 29, 2020, **Fernley** was still contacting Victim 2 through telephone,

email, and Google Hangouts.

53.     Victim 2 stated that she suffered a loss of approximately $177,000 to **DAVID**, **Ravid**

**Enterprise**, and other co-conspirators, and that she liquidated some of her 401(k) retirement account

to make payments to the co-conspirators with the understanding that **Fernley** would repay her.

54.     According to Victim 2, **Fernley** has not repaid Victim 2, and Victim 2 has never met

**Fernley** in person.

### *Victim 3*

55.     **DAVID** and co-conspirators, including **John Powell** ("**Powell**"), defrauded a woman

who was born in 1957 and resides in Hawaii ("Victim 3").

56.     On October 30, 2019, agents interviewed Victim 3, who provided the following

information.

57.     Victim 3 stated that around October 2018, Victim 3 met **Powell** online through a

music application called Smule. After meeting on Smule, **Powell** and Victim 3 began

communicating on Google Hangouts, where they developed what Victim 3 believed to be a

romantic relationship.

58.     According to Victim 3, **Powell** told Victim 3 that he was a military contractor working in Afghanistan until his contract expired. **Powell** told Victim 3 that he had a package full of cash that he wanted to have delivered to Victim 3 until he could come pick it up from her. **Powell** told Victim 3 that he needed her to send him money so that he could have the package shipped to her. According to Victim 3, **Powell** directed her to send money to various individuals, including **DAVID**, which Victim 3 did.

59.     To make these payments, Victim 3 purchased and mailed cashier's checks to addresses that **Powell** provided. Victim 3 did not recall the addresses at the time of the interview, but records obtained from the United States Postal Inspection Service ("USPIS") show that Victim 3 mailed at least two Express Mail packages to **DAVID** at the Gaithersburg residence in January and March 2019. Based on the information Victim 3 provided and the bank records discussed below, I believe that those two Express Mail packages contained cashier's checks that Victim 3 purchased.

60.     Bank records show that personal and cashier's checks totaling $17,150 from Victim 3 were deposited into various bank accounts in the names of **DAVID** and **Ravid Enterprise**. More specifically, bank records reflect the following transactions:

- On November 25, 2018, a personal check for $2,000 from Victim 3 was deposited into TD Bank 1357, an account in the name of **Ravid Enterprise**. Bank records show that this check was deposited at a TD Bank branch in Gaithersburg, Maryland, indicating that the check was likely mailed to **DAVID**, who deposited the check near the Gaithersburg residence.

- On December 11, 2018, a personal check for $8,150 from Victim 3 was deposited into TD Bank 1357, an account in the name of **Ravid Enterprise**. Bank records show that this check was deposited at a TD Bank branch in Gaithersburg, Maryland, indicating that the check was likely mailed to **DAVID**, who deposited the check near the Gaithersburg residence.

- On February 21, 2019, a cashier's check for $3,000 from Victim 3 was deposited into Citibank 5998, an account **DAVID** opened in his own name. Bank records show that this check was endorsed, indicating that the check was likely mailed to **DAVID** and that **DAVID** deposited the check himself.

- On March 14, 2019, a cashier's check for $3,000 from Victim 3 was deposited into M&T Bank 5105, an account **DAVID** opened in his own name. Bank records show that this check was endorsed, indicating that the check was likely mailed to **DAVID** and that **DAVID** deposited the check himself.

- On April 17, 2019, a cashier's check for $1,000 from Victim 3 was deposited into M&T Bank 5105, an account **DAVID** opened in his own name. Bank records show that this check was endorsed, indicating that the check was likely mailed to **DAVID** and that **DAVID** deposited the check himself.

### *Victim 4*

61.     **DAVID**, **Co-Conspirator A**, and his co-conspirators, including **Anita Heinrich** (**"Anita"**), **Joel Henrich** (**"Joel"**), and **Michael Standerfer** (**"Standerfer"**), defrauded a man who was born in 1962 and resides in the State of Washington (**"Victim 4"**).

62.     On February 13, 2020, a detective with Edmonds Police Department in the State of Washington interviewed Victim 4, who provided the following information.

63.     Victim 4 stated that around June 2019, Victim 4 met **Anita** online through Match.com. According to Victim 4, after only a week of talking on Match.com, **Anita** told Victim 4 that she loved him. Shortly after meeting on Match.com, Victim 4 and **Anita** began communicating through Google Hangouts.

64.     According to Victim 4, **Anita** told Victim 4 that she had just finished nursing school in Germany and would relocate to Washington to be with Victim 4. **Anita** said that both of her parents died and left her an inheritance. The only living relatives **Anita** told Victim 4 she had were her 16-year-old son, **Joel**, and her grandfather, who according to **Anita** had a company in the United States. **Anita** further told Victim 4 that her grandfather was helping her with the inheritance and that there were various fees that needed to be paid, including lawyer's fees to **Standerfer**, who **Anita** represented to be an attorney.

65. According to Victim 4 and bank records obtained by law enforcement, in September 2019, Victim 4 cashed out his 401(k) retirement account, purchased two cashier's checks totaling approximately $201,000, and mailed the cashier's checks to **DAVID** and **Co-Conspirator A** at the Gaithersburg residence. According to Victim 4, **Anita** told Victim 4 that **DAVID** and **Co-Conspirator A** were accountants for **Anita**'s grandfather.

66. Bank records show that multiple cashier's checks and money orders totaling $206,500 from Victim 4 were deposited into two different JP Morgan Chase ("JP Morgan") bank accounts—JP Morgan 3771 and JP Morgan 7281—that **DAVID** opened in his own name, and a TD Bank account—TD Bank 5709—that **Co-Conspirator A** opened in his own name.

67. More specifically, bank records reflect the following transactions:

- On September 16, 2019, a cashier's check for $100,000 from Victim 4 was deposited into TD Bank 5709, an account in the name of **Co-Conspirator A**. Bank records show that this check was deposited at a TD Bank branch in Germantown, Maryland, indicating that the check was likely mailed to **Co-Conspirator A** (as Victim 4 recounted) and that **Co-Conspirator A** deposited the check into his account near the Germantown residence.

- On September 18, 2019, a cashier's check for $101,000 from Victim 4 was deposited into JP Morgan 3771, an account in the name of **DAVID**. Bank records show that this check was endorsed and deposited at a JP Morgan ATM in Bethesda, Maryland, indicating that the check was likely mailed to **DAVID** (as Victim 4 recounted) and that **DAVID** deposited the check into his account.

- On October 9, 2019, two money orders, each for $1,000, from Victim 4 were deposited into JP Morgan 3771, an account in the name of **DAVID**. Bank records show that the money orders were endorsed and deposited at a JP Morgan ATM in Bethesda, Maryland, indicating that the money orders were likely mailed to **DAVID** (as Victim 4 recounted) and that **DAVID** deposited the money orders into his account.

- On October 24, 2019, two money orders, each for $750, from Victim 4 were deposited into JP Morgan 3771, an account in the name of **DAVID**. Bank records show that the money orders were endorsed and deposited at a JP Morgan ATM in Germantown, Maryland, indicating that the money orders were likely mailed to **DAVID** (as Victim 4 recounted) and that **DAVID** deposited the money orders into his account.

- On December 16, 2019, two money orders, each for $1,000, from Victim 4 were deposited into JP Morgan 7281, an account in the name of **DAVID**. Bank records show that the money orders were endorsed and deposited at a JP Morgan ATM in Germantown, Maryland, indicating that the money orders were likely mailed to **DAVID** (as Victim 4 recounted) and that **DAVID** deposited the money orders into his account.

### *Victim 5*

68.     **DAVID**, **LESLEY**, **Co-Conspirator A**, and their co-conspirators, including **Gabriel Scott** ("**Scott**") and **Dylan Connor** ("**Connor**"), defrauded a woman who was born in 1942 and resides in Georgia ("Victim 5").

69.     On December 6, 2019, agents interviewed Victim 5, who provided the following information.

70.     In early 2018, Victim 5 met **Scott** online while playing the game "Words With Friends." **Scott**, **Connor**, and Victim 5 communicated by email using **Scott**'s email address (Email Account 5) and **Connor**'s email (Email Account 6). According to Victim 5, **Scott** told Victim 5 he was from Washington State and worked for an oil company that had him stationed on an oil rig off the coast of Venezuela. **Scott** said he was divorced and had two daughters, but both of his daughters died in a vehicle crash.

71.     According to Victim 5, **Scott** told Victim 5 he had a way to help people invest their money by putting it into a "high interest" savings account earning a guaranteed 10 percent. **Scott** told Victim 5 that **Connor** was his accountant, and that **DAVID** and **LESLEY** were the "contact people" who handled the savings account. **Scott** told Victim 5 where to send the money, but Victim 5 could not recall the specific details that **Scott** provided. Victim 5 eventually stated that she developed a romantic relationship with **Scott**. Victim 5 initially was hesitant to tell this

to the interviewing agents, and ultimately told the agents about the romantic relationship during a follow-up conversation on December 16, 2019.

72.     A review of emails Victim 5 provided show that on April 24, 2018, **Connor** forwarded an email to Victim 5 purporting to be from "Amegy Bank," which stated the following:

> ". . . Our system shows that your transfer is almost complete…For comprehensive insurance cover for such escrow funds the fee for obtaining such cover is $13,800. You are hereby advice [sic] to make this payment immediately…"

73.     Victim 5 stated to law enforcement that she sent a cashier's check for $13,800 to **DAVID** in May 2018. According to Victim 5, **Scott** then told Victim 5 she should invest more, so Victim 5 sent a wire of $3,400 to **LESLEY** around July 2018. Victim 5 believed she sent more money, but could not remember specifically how much at the time of the interview.

74.     Bank records show that multiple cashier's checks and wires totaling $20,300 from Victim 5 were deposited into a Capital One bank account (Capital One 6797) that **DAVID** opened in his own name, a TD Bank account (TD Bank 3428) that **Co-Conspirator A** opened in the name of **Company 1**, and two TD Bank accounts (TD Bank 0580 and TD Bank 3415) that **LESLEY** opened in his own name.

75.     More specifically, bank records reflect the following transactions:

- On May 7, 2018, a cashier's check for $13,800 from Victim 5 was deposited into Capital One 6797, an account in the name of **DAVID**. Bank records show that this check was endorsed and deposited at a Capital One ATM, indicating that the check was likely mailed to **DAVID** and that **DAVID** deposited the check into his account.

- On June 20, 2018, a wire for $1,500 from Victim 5 was deposited into TD Bank 3428, an account **Co-Conspirator A** opened in the name of **Company 1**.

- On July 26, 2018, a wire for $3,400 from Victim 5 was deposited into TD Bank 0580, an account in the name of **LESLEY**.

- On June 5, 2019, a cashier's check for $1,600 from Victim 5 was deposited into TD Bank 3415, an account in the name of **LESLEY**. Bank records show that this check was endorsed and deposited via mobile deposit, indicating that the check was likely mailed to **LESLEY** and that **LESLEY** deposited this check into his account.

### *Financial Scope of the Conspiracy*

76.     Since 2017, **DAVID**, **LESLEY**, **Co-Conspirator A**, **Ravid Enterprise**, and **Company 1** have collectively opened 32 bank accounts, across 11 financial institutions ("the scheme accounts"), that have received more than $5 million in wire, bank transfer, and check payments from victims. The following is a summary of the victim payments deposited into the scheme accounts between 2017 and 2020.[6]

| Name (Account) | Bank | Account | Date Range | Inflows from Victims |
|---|---|---|---|---|
| *David Annor* | | | | |
| David Annor | BB&T | 2885 | 3/3/20 to 8/27/20 | $313,270 |
| David Annor | BB&T | 4392 | 3/3/20 to 3/06/20 | $4,000 |
| David Annor | Capital One | 6797 | 12/11/17 to 1/08/19 | $201,870 |
| David Annor | Citibank | 5998 | 7/20/18 to 5/20/19 | $490,474 |
| David Annor | JP Morgan | 3771 | 6/29/19 to 12/16/19 | $917,465 |
| David Annor | JP Morgan | 7281 | 8/19/19 to 12/12/19 | $293,975 |
| David Annor | M&T Bank | 5105 | 3/30/19 to 9/29/19 | $39,000 |
| David Annor | M&T Bank | 9528 | 1/29/19 to 9/29/19 | $44,681 |
| David Annor | SunTrust | 4114 | 1/1/17 to 12/26/17 | $293,829 |
| David Annor | Wells Fargo | 5030 | 5/3/17 to 06/26/17 | $80,831 |
| | | | **Total** | **$2,679,395** |
| *Lesley Annor* | | | | |
| Lesley Annor | JP Morgan | 3520 | 6/18/20 to 9/21/20 | $300,000 |
| Lesley Annor | BB&T | 9581 | 9/20/18 to 3/9/20 | $53,980 |
| Lesley Annor | BOA | 5957 | 8/8/17 to 11/16/17 | $36,340 |
| Lesley Annor | SunTrust | 5477 | 1/1/17 to 12/19/17 | $17,550 |
| Lesley Annor | TD Bank | 0580 | 1/3/18 to 9/24/18 | $39,001 |
| Lesley Annor | TD Bank | 3415 | 1/3/18 to 10/11/19 | $87,325 |

---

[6] The inflows consisted of wire payments, bank transfers, and check deposits, thereby providing law enforcement with the names of the victims who made the payments. The victims were predominantly elderly and lived throughout the United States. In several cases, law enforcement identified the paying individuals as victims through interviews and law enforcement reports. Your affiant and other agents have identified over 200 individuals who fit the profile of victims in this case, and law enforcement has interviewed at least 25 of those victims.

| Name (Account) | Bank | Account | Date Range | Inflows from Victims |
|---|---|---|---|---|
| **Lesley Annor** | Wells Fargo | 4653 | 7/28/17 to 10/26/17 | $38,000 |
| | | | **Total** | **$572,196** |
| *Ravid Enterprise* | | | | |
| **Ravid Enterprise** | PNC Bank | 9109 | 6/8/17 to 8/11/17 | $19,554 |
| **Ravid Enterprise** | SunTrust | 4312 | 8/22/17 to 11/30/17 | $84,700 |
| **Ravid Enterprise** | TD Bank | 1021 | 12/12/17 to 5/31/18 | $121,025 |
| **Ravid Enterprise** | TD Bank | 1357 | 12/12/17 to 1/22/19 | $681,763 |
| | | | **Total** | **$907,042** |
| *Salvage Cars* | | | | |
| **Salvage Cars** | PNC Bank | 2373 | 1/1/17 to 5/3/17 | $6,000 |
| **Salvage Cars** | SunTrust | 7083 | 11/6/17 to 12/31/17 | $2,500 |
| **Salvage Cars** | TD Bank | 3428 | 12/6/17 to 10/1/18 | $458,149 |
| **Salvage Cars** | BOA | 9436 | 4/6/17 to 8/31/17 | $86,655 |
| | | | **Total** | **$553,304** |
| *Steven Antwi* | | | | |
| **Steven Antwi** | BOA | 3144 | 3/23/17 to 10/13/17 | $74,356 |
| **Steven Antwi** | HN Bank | 0409 | 3/28/17 to 4/21/17 | $5,000 |
| **Steven Antwi** | JP Morgan | 3082 | 4/29/17 to 7/24/17 | $40,500 |
| **Steven Antwi** | JP Morgan | 7097 | 7/25/17 to 7/9/18 | $201,255 |
| **Steven Antwi** | PNC Bank | 5049 | 5/26/20 to 8/25/20 | $160,000 |
| **Steven Antwi** | TD Bank | 3410 | 12/6/17 to 10/1/18 | $54,000 |
| **Steven Antwi** | TD Bank | 5709 | 7/1/19 to 6/23/20 | $594,533 |
| | | | **Total** | **$1,129,644** |

77.     Over $900,000 in additional cash deposits were made into the scheme bank accounts during this time period (2017 to 2020). Your affiant believes that at least a portion of the deposited cash represented payments from romance scheme victims, particularly because, as described below, law enforcement has intercepted packages of cash from romance scheme victims addressed to the Gaithersburg residence.

78.     Relatedly, your affiant obtained Internal Revenue Service ("IRS") tax records for **DAVID**, **LESLEY**, and **Ravid Enterprise**. Those records show that tax returns were not filed for **Ravid Enterprise** for tax years 2017, 2018, or 2019.

79.     Your affiant believes that the **Ravid Enterprise**'s lack of tax filing history, combined with the large volume of victim payments deposited into the **Ravid Enterprise** accounts, supports

the conclusion that **Ravid Enterprise** is a shell company that the **ANNOR** brothers used for the purpose of receiving and laundering payments from romance scheme victims.

80.    The bank records for **Ravid Enterprise** further support the conclusion that the company is not a legitimate enterprise. For example, of all the money that has gone into the **Ravid Enterprise** accounts from 2017 to 2020, over 90 percent originated from victims or were cash deposits (which also likely represented victim payments). The majority of the outflowing funds from 2017 to 2020, approximately 65 percent, went to individuals who I believe to be co-conspirators, including $61,000 to **Co-Conspirator A** and $35,700 to **Company 1**, as described below. Further, over 15 percent of the outflows consist of cash withdrawals, and there are no expenditures from the **Ravid Enterprise** accounts—such as payroll, insurance expenses, tax expenses, or utility expenses—that are normally associated with the operation of a legitimate business.[7]

81.    Regarding the **Target Subjects**' personal tax history, **DAVID** and **LESLEY** filed individual federal tax returns (Forms 1040) for the years 2017, 2018, and 2019.

82.    However, the wages **DAVID** reported each year are solely from Forms W-2 that **DAVID**'s employer, a community service organization, submitted to the IRS. The Forms W-2 and 1040 for 2017, 2018, and 2019 list **DAVID**'s address as the Gaithersburg residence.

83.    Likewise, the wages **LESLEY** reported each year are solely from Forms W-2 that **LESLEY**'s employer, a purported consulting company, submitted to the IRS. The Forms W-2 and 1040 for 2017, 2018, and 2019 list **LESLEY**'s address as the Gaithersburg residence.

84.    Below is a summary of the total income **DAVID** and **LESLEY** reported to the IRS compared to the total funds from victims deposited into their bank accounts

---

[7] There are only a small number of payments from the **Ravid Enterprise** accounts to companies involved in car auctions between 2017 and 2020. Those payments total approximately $44,436, equating to only three percent of the total outflows from the **Ravid Enterprise** accounts.

| Taxpayer Name | Tax Year | Income Reported to IRS | Funds Received from Victims |
|---|---|---|---|
| DAVID ANNOR | 2017 | $18,158 | $374,660 |
| DAVID ANNOR | 2018 | $19,318 | $201,870 |
| DAVID ANNOR | 2019 | $12,526 | $1,368,662 |
| LESLEY ANNOR | 2017 | $10,671 | $93,368 |
| LESLEY ANNOR | 2018 | $9,158 | $39,001 |
| LESLEY ANNOR | 2019 | $6,965 | $94,855 |

85.     Regarding the **Target Subjects**' expenditure of the money they receive from victims, bank records shows that after the **Target Subjects** receive payments from romance scheme victims, they send a portion of the money to other co-conspirators, often to individuals located in Ghana, and keep at least 10 percent of the victim payments for themselves. For instance, of the money that the **Target Subjects** have received from victims into the scheme bank accounts (described above) from 2017 to 2020, the **Target Subjects** have withdrawn more than $874,000 in cash, have spent approximately $74,000 at retail stores (including Apple, Macy's Department Store, Gen Cosmetics, Walmart, and Sam's Club), have spent approximately $61,000 on restaurants and travel, have made approximately $27,000 in rent payments, and have used approximately $39,000 to pay down credit cards.

86.     The **Target Subjects** are also laundering money by sending each other wires, checks, and possibly cash. Between 2017 and the present, **DAVID**, **LESLEY**, and **Co-Conspirator A** have sent the following amounts of money to each other:

- **DAVID** has sent $45,000 to **Co-Conspirator A**.

- **DAVID** has sent $6,510 to **LESLEY**.

- **Ravid Enterprise** has sent $61,000 to **Co-Conspirator A**.

- **Ravid Enterprise** has sent $35,700 to **Company 1**.

- **LESLEY** has sent $4,370 to **Co-Conspirator A**.

- **LESLEY** has sent $23,730 to **DAVID**.

- **Co-Conspirator A** has sent $232,400 to **DAVID**.

- **Co-Conspirator A** has sent $4,000 to **LESLEY**.

- **Company 1** has sent $285,600 to **DAVID**.

- **Company 1** has sent $8,770 to **LESLEY**.

### *Bank Surveillance*

87.    Bank surveillance video shows **DAVID** actively using the scheme accounts. For example, your affiant obtained video surveillance footage for SunTrust 3140, 4114, and 4312 for the time period between June 2017 and November 2017, and JP Morgan 7281 for the time period between September 2019 and December 2019.

88.    Bank surveillance footage and records show that on September 20, 2017, **DAVID** went into the Shady Grove SunTrust branch located in Gaithersburg, Maryland and deposited $9,000 and $1,500 in cash into SunTrust 4312 (one of the **Ravid Enterprise** accounts). The video surveillance footage shows **DAVID** handing the teller a stack of cash. Bank surveillance footage then shows that on September 30, 2017, **DAVID** went into the Shady Grove SunTrust branch located in Gaithersburg, Maryland, and withdrew $700 in cash from SunTrust 4312. The video surveillance footage shows **DAVID** walking away from the teller window with cash in his hand.

89.    Bank surveillance footage and records show that on September 23, 2019, **DAVID** went into a JP Morgan branch on Georgia Avenue in Silver Spring, Maryland, and used the ATM to deposit a check for $104,250, which was a check from TD Bank 5709 (an account in **Co-Conspirator A**'s name), into **DAVID**'s JP Morgan 7281 account.

90.    Bank surveillance footage then shows that on October 10, 2019, **DAVID** used a JP Morgan ATM at Boardwalk Place in Gaithersburg, Maryland, to deposit a check for $6,500 into JP Morgan 7281. This check was from Victim 6, a male residing in Wisconsin who was born in 1954.

The balance of JP Morgan 7281 prior to this $6,500 deposit was $914.23. No additional deposits were made that day. The following day, on October 11, 2019, **DAVID** wired $6,000 to an individual in Ghana.

### *Account Closures*

91.     Though banks have repeatedly closed **DAVID**'s accounts, **DAVID** has continued to receive and launder money from victims using the financial system.

92.     For example, in May 2017, **DAVID** was primarily using Wells Fargo 5030 to receive victim payments. On June 2, 2017, **DAVID** received a letter from Wells Fargo stating that the bank was closing Wells Fargo 5030. After Wells Fargo 5030 was closed, **DAVID** began receiving victim payments into SunTrust 4114, which had already been opened, but had not previously been receiving victim payments. **DAVID** used SunTrust 4114 until the bank closed the account on December 18, 2017.

93.     **DAVID** employed the same evasive financial activity using the business name of **Ravid Enterprise**. After Wells Fargo 5030 was closed on June 2, 2017, **DAVID** opened a **Ravid Enterprise** account, PNC 9109, on June 8, 2017, and started receiving victim payments into that account until the bank closed PNC 9109 on August 11, 2017.

94.     Then, after PNC 9109 was closed on August 11, 2017, **DAVID** opened SunTrust 4312 on August 22, 2017, and received victim payments into that account until the bank closed SunTrust 4312 on November 2, 2017.

95.     On December 12, 2017, after the bank closed SunTrust 4312, **DAVID** opened an account in the name of **Ravid Enterprise** at TD Bank (TD Bank 1021) on December 12, 2017. **DAVID** thereafter used TD Bank 1021 to receive $121,025 from victims.

*USPS Packages*

96.     On September 13, 2019, USPIS identified a package from Victim 7, who law enforcement identified as a woman from Illinois born in 1956, addressed to an individual named "Julius Wade," also known to law enforcement as **Julius Wadie**, that was sent to the Gaithersburg residence. When USPIS contacted the sender of the package (Victim 7), she advised that she had sent $13,700 in cash for the benefit of someone whom she believed was a military service member and with whom she had an online romance.

97.     USPIS identified other Express Mail packages that were sent to the **TARGET RESIDENCES** as follows:

- On January 9, 2020, a package addressed to **DAVID** was received at the Germantown residence from Victim 6, identified as a male residing in Wisconsin who was born in 1954. Bank records show that between October 10, 2019, and January 9, 2020, seven cashier's checks totaling $95,405 from Victim 6 have been deposited into JP Morgan 7281 and JP Morgan 3771—both of which are held in the name of **DAVID**.

- On January 30, 2020, a package addressed to **DAVID** was received at the Germantown residence from Victim 8, identified as a female residing in Texas who was born in 1955.

- On August 6, 2020, a package addressed to **DAVID** was received at the Gaithersburg residence from Victim 9, identified as a male residing in Nebraska who was born in 1962.

- On August 26, 2020, a package was received at the Germantown residence from Victim 10, identified as a male residing in Kentucky who was born in 1965. Law enforcement contacted Victim 10 about the package. Victim 10 explained that he had sent money to the Germantown residence, totaling between $800 and $1,000, for an old friend "Dianne," who reached out to him through Google Hangouts and who proposed that they (Victim 10 and Dianne) get married.

- On September 14, 2020, a package addressed to **DAVID** was received at the Gaithersburg residence from Victim 11, identified as a female residing in Wisconsin who was born in 1963. The package also had handwriting stating "Attn: Paul Kenedy." Law enforcement contacted Victim 11 about the package, and Victim 11 explained that she was contacted around May 2020 through Twitter by an individual named "Paul" who was in the United States Air Force. Over time, Victim 11 sent approximately $23,000 addressed to both **DAVID** and **LESLEY** to the Gaithersburg

residence and the Germantown residence. According to Victim 11, "Paul" told her that **DAVID** and **LESLEY** were diplomats who assisted U.S. military members stationed outside the U.S.

98.     On September 12, 2019, **DAVID** flew from Dulles International Airport ("IAD") to Accra, Ghana. On September 21, 2019, **DAVID** returned from Ghana. When questioned by U.S. Customs and Border Patrol ("CBP") authorities at the United States port of entry at IAD, **DAVID** advised that he resided at the Gaithersburg residence with his brother, **LESLEY**, and their father.

99.     On December 18, 2019, **DAVID** and **LESLEY** flew from IAD to Accra, Ghana. On January 15, 2020, **DAVID** and **LESLEY** returned from Accra, Ghana. When **DAVID** was questioned by CBP authorities at the United States port of entry at IAD, **DAVID** advised that he traveled to Ghana to visit with family. **DAVID** again provided his current address as the Gaithersburg residence.

100.     According to records maintained by the Maryland Motor Vehicle Administration ("Maryland MVA"), as of September 29, 2020, the address listed on **DAVID**'s driver's license is the Gaithersburg residence.

101.     According to Maryland MVA records, as of September 29, 2020, the address listed on **LESLEY**'s driver's license is the Gaithersburg residence.

102.     According to Maryland MVA records, as of September 29, 2020, the address listed on **Co-Conspirator A**'s driver's license is the Germantown residence.

**Conclusion**

103.    Based on the foregoing facts, there is probable cause to support the issuance of the

requested criminal complaint and arrest warrants.

Respectfully submitted,

*Jamie Vera*

Special Agent Jamie Vera
Federal Bureau of Investigation


Affidavit submitted by email and attested to me as true and accurate by telephone, consistent with Fed. R.
Crim. P. 4.1 and 4(d) this  22nd day of October 2020.

# Charles B. Day

Digitally signed by Charles B. Day
DN: cn=Charles B. Day, o, ou=U.S. District Court of Maryland,
email=MDD_CBDChambers@mdd.uscourts.gov, c=US
Date: 2020.10.22 16:02:47 -04'00'

Honorable Charles B. Day
United States Magistrate Judge