AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | | |
| LESLEY ANNOR, | ) | Case No. | 20-mj-2684-CBD |
| | ) | | |
| | ) | | |
| *Defendant* | ) | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  LELSEY ANNOR,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Between January 2017 and October 2020, in the District of Maryland and elsewhere, LESLEY ANNOR is charged with Money Laundering Conspiracy, in violation of 18 U.S.C. § 1956(h).

Date: October 22, 2020

*Issuing officer's signature*

Charles B. Day
Digitally signed by Charles B. Day
DN: cn=Charles B. Day, o, ou=U.S. District Court of Maryland,
email=MDD_CBDChambers@mdd.uscourts.gov, c=US
Date: 2020.10.22 16:07:28 -04'00'

City and state:   Greenbelt, Maryland         Honorable Charles B. Day, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 10/22/2020, and the person was arrested on *(date)* 11/16/2020
at *(city and state)* Gaithersburg, MD.

Date: 11/16/2020

*Arresting officer's signature*

Postal Inspector Jeffrey Starnes
*Printed name and title*